IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　　　Plaintiff,<br>　　v.<br>Chad Mitchell Davis,<br>　　　　　　Defendant. | CR-12-1436-PHX-ROS (LOA)<br><br>SEALED FINDINGS AND<br>RECOMMENDATION OF THE<br>MAGISTRATE JUDGE UPON<br>PLEAS OF GUILTY AND ORDER |

TO:  THE HONORABLE ROSLYN O. SILVER, CHIEF UNITED STATES DISTRICT JUDGE.

　　　　Upon Defendant's request to enter  pleas of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came on for hearing before U.S. Magistrate Judge Lawrence O. Anderson on October 25, 2012 with the written consents of the Defendant, counsel for the Defendant, and counsel for the United States of America.

　　　　In consideration of that hearing and the statements made by the Defendant under oath on the record and in the presence of counsel, and the remarks of the Assistant United States Attorney and of counsel for Defendant,

　　　　(A)  I FIND as follows:

　　　　(1) that Defendant understands the nature of the charges against him to which the pleas are offered and the elements of the offenses to which he is pleading guilty;

　　　　(2) that Defendant understands his right to trial by jury, to persist in his pleas of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and his right against compelled self-incrimination;

(3) that Defendant understands what the maximum possible sentences are, including the effect of the supervised release term, and Defendant understands that the sentencing guidelines are advisory only and that the Court may depart from those guidelines under some circumstances;

(4) that the pleas of guilty by the Defendant have been knowingly and voluntarily made and are not the result of force or threats or of promises apart from the plea agreement between the parties;

(5) that Defendant is competent to plead guilty;

(6) that the Defendant understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that the Defendant understands that by pleading guilty he waives the right to a jury trial.

(8) that there are factual bases for the Defendant's pleas; and

(9) that the Defendant is satisfied with his lawyer's representation in all aspects of the Defendant's case up to this point in time; and further,

(B) **I RECOMMEND** that the pleas of Guilty to Counts 1, 2 5 & 6 of the Indictment be accepted subject to the Court's acceptance of the plea agreement which shall remain lodged with the Court pending Chief Judge Silver's decision whether to accept or reject the plea agreement after review of the presentence report.

# O R D E R

**IT IS ORDERED** that any objection to the guilty plea proceedings and any request(s) for supplementation of those proceedings be made by the parties in writing and shall be specific as to the objection(s) or request(s) made.  All objections or requests for supplementation shall be filed within fourteen (14) days of the date of service of a copy of these findings unless extended by an Order of the assigned district judge.

**IT IS FURTHER ORDERED** no more than ten (10) character letters shall

be submitted by defense counsel in criminal cases, unless other ordered by the court.[1]

**IT IS FURTHER ORDERED** that all character letters Defendant or his attorney would like the sentencing judge to read and consider before pronouncing sentence (including the translation of any documents from Spanish to English) must be submitted in paper form with the original to the probation office and copies to the sentencing judge and opposing counsel no later than five (5) business days prior to the sentencing date or they may be deemed untimely by the sentencing judge and not considered by him/her.  (ECF Manual, II § O at 24)

**IT IS FURTHER ORDERED** that any motions for upward departure, downward departure and sentencing memoranda must be filed, at least, seven (7) business days prior to the sentencing date.  Responses are due three (3) business days prior to the sentencing date.  Any motion to continue sentencing must be filed promptly upon discovery of the cause for continuance and must state the cause with specificity.  Motions to continue sentencing filed less than fourteen (14) days before sentencing are disfavored.

DATED this 25th day of October, 2012.

Lawrence O. Anderson
United States Magistrate Judge

cc: AUSA, Defense Counsel

---

[1] *See* General Order 12-24